UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                    CASE NO: 8:20-bk-00966-MGW
                                                                          CHAPTER 13

Angela Patricia Cox,

            Debtor.
_____/

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the *FIFTH AMENDED ADMINISTRATIVE ORDER PRESCRIBING PROCEDURES FOR CHAPTER 13 CASES* (Doc 4) has been served on the Debtor, Angela Patricia Cox, via U.S. first class mail at 528 Orange Cosmos Blvd., Davenport, FL 33937 and via email at marcc@handyairorlando.com this 6th day of February, 2020.

                                                    LAW OFFICE OF PAUL A. KRASKER, P.A.
                                                    Attorneys for Debtor
                                                    1615 Forum Place, 5th Floor
                                                    West Palm Beach, Florida   33401
                                                    Phone (561) 328-2291
                                                    Fax (561) 515-3904

                                            BY:    */s/ Jeffrey S. Hochfelsen*
                                                   **JEFFREY S. HOCHFELSEN**
                                                   Florida Bar Number: 866709