LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLC
BANKRUPTCY DEPARTMENT
225 E. Robinson Street, Suite 660
<u>Orlando FL 32801</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

February 14, 2020

Clerk, United States Bankruptcy Court
801 North Florida Avenue
Suite 555
Tampa, FL 33602

<b><u>REQUEST FOR SERVICE OF NOTICES</u></b>

RE:

| | |
|---|---|
| Debtor | Angela Patricia Cox |
| Case Number | 20-00966 |
| Chapter | 13 |
| Secured Creditor | U.S. Bank National Association |
| Loan Number | XXXXXX7141 |
| Property Address | 528 ORANGE COSMOS, Davenport, FL 33837 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

U.S. Bank National Association
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

/s/ Melbalynn Fisher
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: 954-526-5846
Email: melbalynn.fisher@mccalla.com
Attorney Bar No: 107698

NOA