## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:

                                       CASE NO.: 8:20-bk-00966-MGW

ANGELA PATRICIA COX            CHAPTER 13

_____ Debtors/.

### DEBTOR'S EX PARTE MOTION FOR AN EXTENSION OF TIME
### TO FILE SCHEDULES AND OTHER CHAPTER 13 DEFICIENCIES

      The Debtor, by and through undersigned counsel, and ex parte, pursuant to FRBP 1007(c) and Local Rule 9013-1(b), moves this Court for an extension of fifteen days to file Summary of Your Assets and Liabilities and Certain Statistical Information, SCHEDULES A-J, Statement of Financial Affairs, Declaration Concerning Debtors Schedules, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1, Disclosure of Compensation, and Chapter 13 Plan and for cause alleges:

      1. The Debtor filed a Chapter 13 Bankruptcy on an emergency basis on February 4, 2020. The balance of her required Schedules are due by February 18, 2020.

      2. The Debtor needs the extension to provide additional financial documentation, which includes supporting documentation as it pertains to a profit and loss statement, in order to complete the Schedules and Plan.

      3. The extension will not prejudice creditors or interfere with the orderly administration of this estate.

      WHEREFORE the Debtor requests this Court to allow the Debtor an additional 15 days from entry of the Order to file the necessary documents.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the DEBTOR'S EX PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES AND OTHER CHAPTER 13 DEFICINCIES has been furnished by the court's CM/ECF electronic Notice to:

Melbalynn Fisher on behalf of Creditor U.S. Bank National Association
Melbalynn.Fisher@mcccalla.com, FLBKECF@mccalla.com

Jeffrey S Hochfelsen on behalf of Debtor Angela Patricia Cox
bkry@kraskerlaw.com, jhochfelsen@kraskerlaw.com

Kelly Remick
ecf@ch13tampa.com

United States Trustee - TPA7/13, 7
USTPRegion21.TP.ECF@USDOJ.GOV

on this 18th day of February, 2020.

                        LAW OFFICE OF PAUL A. KRASKER, P.A.
                        Attorneys for Debtor
                        1615 Forum Place, 5th Floor
                        West Palm Beach, Florida   33401
                        Phone (561) 328-2291
                        Fax (561) 515-3904

                    BY:   */s/ Jeffrey S. Hochfelsen*
                          **JEFFREY S. HOCHFELSEN**
                          Florida Bar Number: 866709