[Doess13p] [District Order Granting Motion to Extend Time to File Schedules, Statements, or Chapter 13 Plan]

ORDERED.

**Dated: February 24, 2020**

Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Angela Patricia Cox
aka Angela P. Cox
aka Angela Cox

　　　　　Debtor*　　　　/

Case No.
8:20–bk–00966–MGW
Chapter 13

### ORDER GRANTING MOTION TO EXTEND TIME
### TO FILE SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN

THIS CASE came on for consideration, without hearing, of the Debtor's Motion to Extend Time to File Schedules, Statements and Chapter 13 Plan (Document No. 12) (the "Motion"). After reviewing the Motion, it is

***ORDERED:***

1. The Motion is ***GRANTED***.

2. Debtor shall file all needed Schedules, Statements, and Chapter 13 Plan by ***March 4, 2020***.

Jeffrey Hochfelsen is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.